UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIMOTHY RANDALL,** <br>     **Plaintiff,** <br><br> versus <br><br> **HD SUPPLY, INC.** <br>     **Defendant.** | ) Civil Action <br> ) No. 2:16-cv-00744 <br> ) <br> ) Section "A" <br> ) Judge Jay C. Zainey <br> ) <br> ) Magistrate "5" <br> )  Judge Michael B. North <br> ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HD Supply Waterworks, LTD (incorrectly named as "HD Supply, Inc." and hereinafter referred to as "Defendant"), states the following:

Defendant is not a publicly traded corporation. Defendant is a wholly owned subsidiary of HD Supply Waterworks Group, Inc., a privately held corporation.

*/s/ Alison P. Lungstrum*
Jennifer L. Englander, T.A., La. Bar No. 29572
Alison Lungstrum, La. Bar No. 36219
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA  70139
Telephone:  504.648.3840
Facsimile:  504.648.3859
E-mail:  jennifer.englander@ogletreedeakins.com
       alison.lungstrum@ogletreedeakins.com

Attorneys for Defendant HD Supply Waterworks, LTD

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed via the Court's Electronic Case Filing System, which provides for service on all counsel of record.

This 18th day of February, 2016.

                                                */s/ Alison P. Lungstrum*

23897312.1